McGOVERN v. MANHATTAN RY. CO. (Supreme Court, Appellate Division, First Department. January 12, 1906.) Action by Bernard McGovern against the Manhattan Railway Company. No opinion. Motion denied.

McGUIRE, Appellant, v. UNION MUT. LIFE INS. CO., respondent. (Supreme Court, Appellate Division, Third Department. January 8, 1906.) Action by Patrick McGuire against the Union Mutual Life Insurance Company. No opinion. Order modified, so that, instead of amending the notice of appeal, it directed an acceptance of the notice of appeal served June 22, 1905, and, as so modified, affirmed, without costs.

McILVAINE v. STEINSON. (Supreme Court, Appellate Division, First Deportment. November 17, 1905.) Action by Tompkins McIlvaine against George Steinson. No opinion. Motion granted.

In re MACK. (Supreme Court, Appellate Division, Third Department. January 9, 1906.) In the matter of the application of John H. Mack for admission to practice as an attorney and counselor at law in the state of New York. No opinion. Application granted.

MACK v. HILSINGER. (Supreme Court, Appellate Division, Third Department. January 16, 1906.) Action by Mary E. Mack against Thomas J. Hilsinger. No opinion. Motion granted.

MACK, Respondent, v. GLEASON, Appellant. (Supreme Court, Appellate Division, Second Department. December 29, 1905.) Action by Michael J. Mack against Joseph J. Gleason. No opinion. Judgment of the Municipal Court affirmed, with costs.

McKENNA v. TULLY et al. (Supreme Court, Appellate Division, First Department. December 30, 1905.) Action by Thomas P. McKenna against Michael Tully and others. No opinion. Motion denied, with $10 costs.

McLOUGHLIN, Respondent, v. BOARD OF EDUCATION OF CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. January 26, 1906.) Action by James McLoughlin against the board of education of the city of New York. No opinion. Judgment of the Municipal Court affirmed, with costs.

McMANUS v. WEINSTEIN. (Supreme Court, Appellate Division, First Department. December 8, 1905.) Action by Charles J. McManus against Bernard Weinstein. No opinion. Motion denied.

McGINN, Respondent, v. G. H. HAMMOND CO., Appellant. (Supreme Court, Appellate Division, First Department. January (26, 1906.) Action by Henry McGinn against G. H. Hammond Company. W. W. Robinson, for appellant. H. N. Hausen, for respondent. No opinion. Judgment and order affirmed, with costs.

MALONE, Respondent, v. YONKERS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 29, 1905.) Action by Ellen Malone against the Yonkers Railroad Company. No opinion. Judgment and order of the City Court of Yonkers unanimously affirmed, with costs.

MARSHALL v. HOLBROOK, CABOT & DALY CONTRACTING CO. (Supreme Court, Appellate Division, First Department. December 30, 1905.) Action by Robert R. Marshall against the Holbrook, Cabot & Daly Contracting Company. No opinion. Motion denied, with $10 costs.

MARINE NAT. BANK OF BUFFALO, Respondent. v. GREENE, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. January 3, 1906.) Action by the Marine National Bank of Buffalo against Walter D. Greene, impleaded, etc. No opinion. Judgment affirmed, with costs.
(110 App. Div. 920)

MARKS, Appellant, v. COLLINS BLDG. CONST. CO., Respondent. (Supreme Court, Appellate Division, Second Department. December 29, 1905.) Action by Joel Marks against the Collins Building Construction Company. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs, on the authority of Bischoff v. Bischoff, 88 App. Div. 126, 85 N. Y. Supp. 81.
(110 App. Div. 916)

MARTENSON, Respondent, v. METROPOLITAN EXPRESS CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 8, 1905.) Action by Chiel Martenson against the Metropolitan Express Company. No opinion. Judgment and order reversed, and new trial granted, costs to abide the event, on the authority of Mills v. Weir, 82 App. Div. 396, 81 N. Y. Supp. 801.

MARTINEZ, Respondent, v. FIREMEN'S INS. CO. of NEWARK, N. J., Appellant. (Supreme Court, Appellate Division, Second Department. December 29, 1905.) Action by John P. Martinez against Firemen's Insurance Company of Newark, N. J. No opinion. Judgment of the Municipal Court affirmed, with costs.

MASON, Respondent, v. MASON MONOGRAM CO.. Appellant. (Supreme Court, Appellate Division, First Department. December 8, 1905.) Action by George L. Mason against the Mason Monogram Company. M. Sichel, for appellant. W. H. L. Edwards, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

MAWHINNEY, Respondent, v. GREENBERG et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 8, 1905.) Action by George S. Mawhinney against Jacob Greenberg and Louis D. Greenberg. No opinion. Judgment of the Municipal Court affirmed, with costs.

MAYER, Respondent, v. NATIONAL BANK OF COMMERCE IN NEW YORK, Appellant.